# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| KENNETH NEAL REDFORD, | ) |
| Movant, | ) |
| v. | ) Case No. CV415-328 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

Having erred by opening it, the Clerk is **DIRECTED** to terminate this case (its filings belong in *Radford v. Meeks*, CV415-222, and have been docketed in that matter).

**SO ORDERED**, this 25Th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA